IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 2:22-cr-105 |
| | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| v. | ) | 18 U.S.C. § 924(e) |
| | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| **DERRICK LOVA WALKER** | ) | **INDICTMENT** |
| | ) | **(UNDER SEAL)** |

**COUNT 1**

THE GRAND JURY CHARGES:

That on or about March 2, 2021, in the District of South Carolina, the Defendant, **DERRICK LOVA WALKER**, knowingly possessed a firearm and ammunition in and affecting commerce, to wit, a Smith and Wesson, Model M&P, .45 caliber pistol and .45 caliber ammunition, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

1

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, the Defendant, **DERRICK LOVA WALKER**, shall forfeit to the United States all of the Defendant's rights, title, and interest in:

(a) any firearms and ammunition (as defined in 18 U.S.C. § 921) –

(1) involved in or used in any knowing violations of 18 U.S.C. § 922, or violation of any other criminal law of the United States, or intended to be used in a crime of violence.

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

A. Firearm:

Smith and Wesson, Model M&P, .45 caliber pistol
Serial Number: HMV6434

B. Ammunition:

Miscellaneous rounds of .45 caliber ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A ___True___ Bill

▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

COREY F. ELLIS
UNITED STATES ATTORNEY

By: J. Carra Henderson (Fed ID #: 12229)
Special Assistant United States Attorney
151 Meeting Street Suite 200
Charleston, SC 29401