IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:22 – 105 |
| | ) | |
| | ) | |
| -vs- | ) | **MOTION FOR EVALUATION** |
| | ) | |
| DERRICK WALKER | ) | |

  Comes now the Defendant, with the consent of Special Assistant U.S. Attorney Carra Henderson, and asks this Court to order a psychiatric or psychological evaluation pursuant to Title 18 U.S.C. sections 4241, 4242, 4247(b) and (c) and Rule 12.2 of the Federal Rules of Criminal Procedure.   The purpose of this motion is to determine whether the Defendant was sane at the time of the offense, whether he is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and whether he suffers from diminished capacity.

  The grounds for this motion are that the Defendant has a history of mental illness and is currently suffering from such mental illness.

                 Respectfully submitted,

                 *s/Ann Briks Walsh*
                 Assistant Federal Public Defender
                 145 King Street, Suite 325
                 Charleston, South Carolina 2940
                 (843) 727-4148

May 27, 2022